UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TEMCO, LLC, a Delaware limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>M/V TENG FEI HAI, her engines, tackle, apparel, etc., *in rem*, and COSCO BULK CARRIER CO., LTD., a foreign corporation, *in personam*,<br><br>　　　　　　Defendants. | NO.<br><br>VERIFIED COMPLAINT IN ADMIRALTY |

COMES NOW plaintiff, TEMCO, LLC, as and for its Complaint against the M/V TENG FEI HAI, *in rem*, and COSCO BULK CARRIER CO., LTD., *in personam*, and hereby alleges and avers as follows:

I.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Jurisdiction is based on 28 U.S.C. §1333.

VERIFIED COMPLAINT IN ADMIRALTY   - 1 -

424363/120409 1559/99980086

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

II.

At all material times, TEMCO, LLC was and still is a limited liability corporation organized and existing pursuant to the laws of the State of Delaware, and was the owner of an export grain elevator and ship dock at Tacoma, Washington. During the times material to this civil action, TEMCO, LLC's grain elevator and ship dock were operated pursuant to a public tariff identified as Tariff No. 2, effective as of December 1, 2006.

III.

At all material times the M/V TENG FEI HAI was and still is an ocean-going cargo vessel engaged in the common carriage of goods by sea for hire between various foreign and domestic ports, bearing IMO No. 9056935, and is now, or will be during the pendency of this action, within the jurisdiction of this Honorable Court.

IV.

At all material times, COSCO BULK CARRIER CO., LTD. was and still is a corporation or other legal entity organized and existing pursuant to the laws of a foreign country and was the owner and operator of the M/V TENG FEI HAI.

V.

On or about December 5, 2006, the M/V TENG FEI HAI was alongside TEMCO, LLC's ship dock receiving a cargo of bulk grain. During the vessel's loading operation, the starboard side hatch cover of cargo hold number four rolled off its tracks and was nearly lost overboard.

VERIFIED COMPLAINT IN ADMIRALTY   - 2 -

424363/120409 1559/99980086

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

VI.

The failure of the vessel's hatch cover was caused by the unseaworthy condition of the hatch cover and/or its associated components and systems.

VII

The failure to the vessel's hatch cover proximately caused delays in the loading of the vessel and extra expenses to TEMCO, LLC, including but not limited to liquidated damages under the governing tariff, labor standby charges, temporary repair and survey costs, demurrage, attorney fees and other losses and damages to be shown at the trial of this cause.

VIII.

The aforesaid damages were not caused by any act of, or omission by, TEMCO, LLC or those for whom it may be responsible, but instead were caused solely by the negligence, fault, omissions, breach of duty, contract or tariff of the defendants, and/or by the unseaworthiness of the M/V TENG FEI HAI.

IX.

By reason of the premises, TEMCO, LLC has sustained losses of approximately $225,000.00.

X.

By reason of the premises, TEMCO has a maritime lien on the vessel.

XI.

All and singular, the matters alleged are true and correct. Plaintiff reserves the right to amend and supplement this complaint as further facts become available.

VERIFIED COMPLAINT IN ADMIRALTY    - 3 -

424363/120409 1559/99980086

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**WHEREFORE**, plaintiff prays for relief against defendants as follows:

1) The Clerk of Court issue a warrant for the arrest and/or attachment of the M/V TENG FEI HAI, her engines, tackle, apparel, etc. and that all persons claiming any right, title or interest in said vessel may be summoned to appear and answer under oath, and that said vessel may be condemned and sold to pay the demand as aforesaid, together with interest thereon, costs and attorneys' fees;

2) Process in due form of law issue against defendant, COSCO BULK CARRIER CO., LTD. citing it to appear and answer this Verified Complaint;

3) After due proceedings are concluded, judgment be entered in favor of plaintiff, TEMCO, LLC, and against defendants, the M/V TENG FEI HAI, her engines, tackle, apparel, etc., *in rem*, and COSCO BULK CARRIER CO., LTD., *in personam*, for all sums shown to be due and owing at trial, together with interest and costs.

4) That plaintiff, TEMCO, LLC, be awarded such other relief as it may be entitled to receive.

VERIFIED COMPLAINT IN ADMIRALTY     - 4 -

424363/120409 1559/99980086

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1  DATED this 4th day of December, 2009.

2                              BETTS, PATTERSON & MINES, P.S.

4                          By s/Steven W. Block
5                             Steven W. Block, WSBA #24299
                        Betts, Patterson & Mines, P.S.
6                          One Convention Place
                        701 Pike Street, Suite 1400
7                          Seattle, WA 98101-3927
                        Tel: (206) 292-9988
8                          Fax: (206) 343-7053
9                          sblock@bpmlaw.com
                        Attorneys for Plaintiff Temco, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

VERIFIED COMPLAINT IN ADMIRALTY    - 5 -

424363/120409 1559/99980086

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1 **PLEASE WITHHOLD ISSUANCE OF A WARRANT**
2 **FOR THE ARREST OF THE M/V TENG FEI HAI**
3
4 **PLEASE ISSUE SUMMONS TO:**
5
6 COSCO BULK CARRIER CO., LTD.
7 Ocean Plaza, 1, Room 901A
8 Haihe Donglu
9 Hebei Qu
10 Tianjin, 300010
11 CHINA

VERIFIED COMPLAINT IN ADMIRALTY        - 6 -
424363/120409 1559/99980086

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

# VERIFICATION

I, Steven W. Block, make this declaration of my own personal knowledge and belief.

1) I am a shareholder of the firm of **BETTS PATTERSON & MINES**, counsel for plaintiff herein

2) I have read the above and foregoing Verified Complaint, know the contents thereof, and believe that the same are true and correct to the best of my knowledge and belief.

3) The sources of my knowledge and the grounds for my belief are various documents furnished and statements made to me by representatives of plaintiff, and that the reason this verification is made by deponent and not by plaintiff is that plaintiff is a corporation, no officer of which is presently within this district, under penalty of perjury under the laws of the State of Washington.

_____
Steven W. Block

Executed this 4 day of December, 2009, at Seattle, Washington.

VERIFIED COMPLAINT IN ADMIRALTY    - 7 -
424363/120409 1559/99980086

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988