THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| TEMCO, LLC, a Delaware limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>M/V TENG FEI HAI, her engines, tackle, apparel, etc., *in rem*, and COSCO BULK CARRIER CO., LTD., a foreign corporation, *in personam*,<br><br>　　　　　　　　Defendants. | No. C09-5754 RJB<br><br>**STIPULATED ORDER OF DISMISSAL** |

COME NOW the parties through their respective counsel, who advise that the above-captioned matter has been settled, and request that the suit be dismissed with prejudice and without costs.

//

//

//

//

STIPULATED ORDER OF DISMISSAL – Page 1
[No. C09-5754 RJB]

26820 lh021401

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

DATED this 2nd day of August, 2010.

        FOSTER PEPPER LLC

        By: *Steven W. Block*
         Steven W. Block, WSBA #24299
         Attorneys for Plaintiff

        1111 Third Avenue, Suite 3400
        Seattle, WA  98101
        Telephone: (206) 447-4400
        Fax: (206) 749-2109
        E-mail: sblock@foster.com

        LEGROS, BUCHANAN & PAUL

        By: *Marc E. Warner*
         MARC E. WARNER, WSBA #5937
         Attorneys for Defendants

        701 Fifth Avenue, Suite 2500
        Seattle, WA  98104
        Telephone: (206) 623-4990
        Fax: (206) 467-4828

## ORDER

So Ordered.

DATED this 9th day of August, 2010.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

STIPULATED ORDER OF DISMISSAL – Page 2
[No. C09-5754 RJB]

26820 lh021401

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON  98104-7051
(206) 623-4990

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable Robert J. Bryan, and serve it on all associated counsel.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 2nd day of August, 2010.

*/s/ Diana L. Inscore*_____
Legal Assistant to Marc E. Warner, Esq.
LeGros Buchanan & Paul
701 Fifth Avenue, Suite 2500
Seattle, Washington 98104
Telephone:     206-623-4990
Facsimile:     206-467-4828
E-mail:         dinscore@legros.com

STIPULATED ORDER OF DISMISSAL – Page 3
[No. C09-5754 RJB]

26820 lh021401

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON  98104-7051
(206) 623-4990